IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANA GARCIA,

        Plaintiff,

v.                                 No. CIV-14-0049 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

# FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum* *(Doc. 20)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

        **IT IS SO ORDERED.**

                                                _____
                                                **THE HONORABLE LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**
                                                **Presiding by Consent**